# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CORY BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CV-1384-CAS |
| ) | |
| THERESA COUNTS BURKE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On or about September 4, 2015, plaintiff filed a complaint; however, he has not paid the filing fee nor has he filed a motion for leave to proceed in forma pauperis.

Plaintiff is an inmate at the St. Louis City Justice Center. It appears that plaintiff has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] As such, under 28 U.S.C. § 1915(g), plaintiff is not entitled to proceed in forma pauperis unless he was "under imminent danger of serious physical injury" at the time the complaint was filed. See Martin v. Shelton, 319 F.3d 1048, 1050 (8th Cir. 2003) (imminent danger of serious physical injury must exist at the time the complaint is filed).

---

[1] See Bradley v. City of St. Louis Carnahan Ct. Bldg., No. 4:14-CV-2112-JAR (E.D. Mo.); Bradley v. Keefe Co., No. 4:14-CV-2087-JAR (E.D. Mo.); Bradley v. U.S. Dep't of Justice, No. 4:14-CV-797-JCH (E.D. Mo.).

After reviewing the complaint, the Court finds no allegations indicating that plaintiff was in imminent danger of serious physical injury when he filed his complaint on or about September 4. Plaintiff's allegations concern the falsification of government documents and numerous issues he is having in an underlying state criminal action. As a result, the Court will dismiss this action without prejudice to refiling as a fully paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED as moot**. [Doc. 3]

A separate Order of Dismissal shall accompany this Memorandum and Order.

                    **CHARLES A. SHAW**
                    **UNITED STATES DISTRICT JUDGE**

Dated this 10th day of September, 2015.